IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00471-LTB-PAC

ECHOSTAR SATELLITE, LLC, a Colorado Limited Liability Company,
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and
NABRASTAR, LLC., a Colorado Limited Liability Company,

  Plaintiff(s),

v.

DOMINIC GIZZI, an individual, and
JOHN DOES 1 - 10,

  Defendant(s).

---

## ORDER OF RECUSAL
---

Because counsel for defendant, David Tenner, is a friend of mine, I formally recuse myself and request that another United States Magistrate Judge be assigned to this case.

IT IS **FURTHER ORDERED** that the Scheduling Conference set for August 24, 2005 at 10:00 a.m. is **vacated.**

Dated:  July 27, 2005.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge
